658

No. 896. LEE *v.* PLUMMER, WARDEN. April 4, 1938. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *Howard Lee, pro se.* No appearance for respondent.

No. 838. ATLANTIC REFINING Co. *v.* SMITH ET AL. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Mr. Otto Wolff, Jr.* for petitioner. *Mr. Walter B. Gibbons* for respondents.

No. 818. DOHERTY *v.* UNITED STATES. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. V. Hoagland* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, W. Marvin Smith,* and *L. E. Birdzell* for the United States.

No. 820. BROOKLYN TRUST Co. *v.* SHERMAN SQUARE APARTMENTS, INC., ET AL. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Jacob A. Freedman* and *Ralph W. Crolly* for petitioner. *Messrs. Whitney North Seymour, John Ross Delafield,* and *Emanuel Celler* for respondents.

No. 821. WOLK *v.* UNITED STATES. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William C.*